UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

YANCY CHRISTOPHE SLATER					CASE NO. 08-11267
CHARITY ELIZABETH SLATER					CHAPTER 7
			DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1.	That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2.	The following distributions are in an amount under $5.00:

> Claim # 3 of AAA Acceptance Corporation
> Account number:  C053340
> Claimed amount:  $150.00
> Pro rata distribution:  $3.70
>
> Claim #4 of Merchants Retail Credit Association, Inc.
> Account number:  CNA162709
> Claimed amount:  $120.00
> Pro rata distribution:  $2.97

3.	Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.	Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  August 26, 2009			 /s/ Mark A. Warsco
						Mark A. Warsco, Trustee
						P.O. Box 11647
						Fort Wayne, IN  46859-1647
						Telephone:  (260) 469-0256
						e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on August 26, 2009:

| | |
|---|---|
| EDWARD CRAIG<br>rac.hel2@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| AAA Acceptance Corporation<br>3501 South Harrison St<br>Fort Wayne IN 46807 | Merchants Retail Credit Association, Inc<br>OR<br>Med&Den Business Bureau of Allen Co Inc<br>P O Box 11285<br>333 E Washington Blvd<br>Fort Wayne IN 46857 |

    /s/  Mark A. Warsco
    Mark A. Warsco, Trustee